UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2020

DICKSE FITZGERALD and DWELLINGS NYC,

          Plaintiff,

*Document Filed Electronically*

Civil Action No.: 17-cv-03753 (VM)

- against -

**ORDER FOR DEFAULT JUDGMENT**

STATE FARM INSURANCE COMPANY,
MIGRATEWEB and ENFUSIONWEB,

          Defendant
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

   This action having been commenced on April 7, 2017, by the filing of the Summons and Complaint. Pursuant to Judge Marrero's Order dated June 12, 2017, on or about September 11, 2017, a copy of the Summons and Complaint was served upon Defendants Migrate Web and Enfusionweb by electronic mail to Ahmed Ali at the e-mail address info@migrateweb.com. Because proper service was made upon the Web Defendants on or about September 11, 2017, the Defendants were required to appear or otherwise respond to this action by October 2, 2017. Plaintiffs requested a Notice of Default and Default was entered on September 9, 2019. The Notice of Default was served on Web Defendants. Web Defendants have failed to file a response or otherwise respond to the Complaint, and the time for answering the Complaint has expired. Therefore, it is

   ORDERED, AND ADJUDGED AND DECREED: That the Plaintiffs have judgment entered against Defendants Migrate Web and Enfusionweb in the liquidated amount of $200,000.00 with interest at 2.25%, in the amount of $12,341.43, from October 2 2017, through June 29, 2020, equaling $212,341.43, costs and disbursements in this litigation

T2456461.DOCX;1

of $962.13, plus cost to file this action in the amount of $47.00 amounting in total to **$213,350.56**

WHEREFORE, plaintiffs request the entry of Default Judgment against defendants.

Dated: New York, New York

(date)  July 1, 2020

_____
Victor Marrero
U.S.D.J.

*This document was entered on the docket on*

_____July 1, 2020_____, 2020

T2456461.DOCX;1